# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| 3CX, LTD.,<br><br>            Plaintiff,<br><br>     v.<br><br>BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>            Defendant. | Case No.  3:12-cv-04729-MEJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF EXTENDING THE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO 3CX'S COMPLAINT** |

The Court, having considered Defendant Brandywine Communications Technologies, LLC's ("Brandywine") Administrative Motion for Relief Extending the Deadline to Answer or Otherwise Respond to 3CX's Complaint, hereby GRANTS Brandywine's Motion and ORDERS that Brandywine Answer or otherwise Respond to 3CX's Complaint no later than November 9, 2012.

IT IS SO ORDERED.

Date. November 6, 2012

_____
HONORABLE MARIA-ELENA JAMES
CHIEF MAGISTRATE JUDGE