Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| 3CX LTD, | ) | Case No: 3:12-cv-04729 |
|---|---|---|
| Plaintiff(s), | ) | |
| v. | ) | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| Brandywine Communications Tech. | ) | (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | ) | |

I, Andrew Tower, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: 3CX, LTD. in the above-entitled action. My local co-counsel in this case is John J. Edmonds, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1616 S. Voss Suite 125<br>Houston, Texas 77057 | 1851 East First Street Santa Ana, CA 92705 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (281) 501-3425 | (951) 708-1237 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| atower@cepiplaw.com | jedmonds@cepiplaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00786291.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/02/12

Andrew Tower
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew Tower is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 6, 2012



UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                              *October 2012*