UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3CX, LTD., <br><br> Plaintiff, <br><br> v. <br><br> BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, <br><br> Defendant. | Case No. 3:12-cv-04729-RS <br><br> [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME FOR BRIEFING SCHEDULE AND HEARING DATE ON BRANDYWINE'S MOTION TO TRANSFER OR DISMISS FOR LACK OF PERSONAL JURISDICTION AS MODIFIED BY THE COURT |

The Court, having considered the parties Stipulated Request for Order Changing Time for Briefing Schedule and Hearing Date on Brandywine's Motion to Transfer or Dismiss for Lack of Personal Jurisdiction, hereby GRANTS the Stipulated Request and ORDERS that the Motion Hearing set for December 20, 2012 at 1:30 p.m. is reset for January 24, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg. Plaintiff's response is due by January 3, 2013. Defendant's reply is due by January 10, 2013.

IT IS SO ORDERED.

Date: 11/27/12

HONORABLE RICHARD SEEBORG