John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
Andrew P. Tower (*pro hac vice*)
atower@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901
Attorneys for Plaintiff,
3CX, LTD.

Jonathan D. Baker (Cal Bar No. 196062)
FARNEY DANIELS PC
411 Borel Ave., Suite 350
San Mateo, California 94402
Telephone: (424) 268-5210
Facsimile:  (424) 268-5219
E-Mail:  JBaker@farneydaniels.com
*Attorneys for Defendant*
*Brandywine Communications Technologies LLC*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| 3CX, LTD., | Case No. 3:12-cv-04729-RS |
| Plaintiff, | **JOINT MOTION TO CONTINUE THE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, | |
| Defendant. | |

Counsel report that they have met and conferred regarding the settlement conference currently scheduled for February 28, 2013 and jointly move this court to continue the date until March 22, 2013 at 1:00 p.m., pursuant to this Court's Settlement Conference Standing Order.

The parties believe that good cause exists for continuing the settlement conference because the parties are continuing to negotiate in good faith and believe that the parties may be able to reach a resolution of the litigation, without involvement of the Court, prior to the March 22, 2013 date. Further, counsel for Defendant has confirmed with the Court's courtroom deputy that the March 22, 2013 date is currently available. Therefore, the parties respectfully request that the Court grant this request to continue the settlement conference date to March 22, 2013 at 1:00 p.m.

Dated: February 20, 2013    */s/ Jonathan D. Baker*
                            Jonathan D. Baker

                            Counsel for Brandywine Communications Technologies, LLC


Dated: February 20, 2013    */s/ Andrew P. Tower*
                            Andrew P. Tower

                            Counsel for 3CX, LTD.

JOINT MOTION TO CONTINUE SETTLEMENT
CONFERENCE DATE AND ~~PROPOSED~~ ORDER                      CASE NO.  3:12-CV-04729-RS

1  **[PROPOSED ORDER]**

2  ☒     The parties' motion is adopted and IT IS SO ORDERED.

3  ☐     The parties' motion is modified as follows, and IT IS SO ORDERED.

4

5

6

7

8

9  Dated: __February 25____, 2013

10                                                    _____
                                                       UNITED STATES MAGISTRATE JUDGE

