IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

3CX, Ltd.,  No. C 12-04729 RS

        Plaintiffs,  **STANDBY ORDER OF DISMISSAL**
  v.

Brandywine Communications Technologies, LLC.,
        Defendants.
_____/

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by June 17, 2013. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 20, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 4/29/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE