John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
Andrew P. Tower (pro hac vice)
atower@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

*Attorneys for Plaintiff,*
*3CX, LTD.*

Jonathan D. Baker (Cal Bar No. 196062)
FARNEY DANIELS, P.C.
411 Borel Ave., Suite 350
San Mateo, California 94402
Telephone: (424) 268-5210
Facsimile:  (424) 268-5219
E-Mail:    JBaker@farneydaniels.com

*Attorneys for Defendant*
*Brandywine Communications Technologies LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 3CX, LTD.,  | Case No. 3:12-cv-04729-RS |
| Plaintiff(s), | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| vs. | |
| BRANDYWIND COMMUNICATIONS TECHNOLOGIES, LLC, | |
| Defendant(s). | |

- 1 -

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL                                                                 CASE NO 3:12-CV-04729-RS

WHEREAS, Plaintiff 3CX, Ltd. and Defendant Brandywine Communications Technologies, LLC have settled this matter on mutually-agreeable terms.

NOW, THEREFORE, on the basis of the settlement reached, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that:

The parties hereby dismiss all claims and counterclaims between them in this matter with prejudice.

Each party shall bear its own costs and attorneys' fees.

Dated: May 15, 2013          /s/ *Andrew P. Tower*
                             Attorneys for Plaintiff 3CX, Ltd.

Dated: May 15, 2013          /s/ *Jonathan D. Baker*
                             Attorneys for Defendant Brandywine
                             Communications Technologies, LLC

### Filer's Attestation

I, Andrew P. Tower, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER OF DISMISSAL. In compliance with General Order 45.X.B., I hereby attest that the above-named signatories concur in this filing.

Dated: May 15, 2013          /s/ *Andrew P. Tower*

IT IS SO ORDERED.

Dated: 5/20/13

HON. RICHARD SEEBORG

UNITED STATES DISTRICT COURT JUDGE